AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JUL 23 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

JESUS M. GONZALEZ
DOB 1966

## WARRANT FOR ARREST

Case Number: 1:07MJ75A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JESUS M. GONZALEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

7/23/07 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Residence by FBI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/23/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 07/23/2007 | | |